**No. 10-8850. Raymond E. Jackson, Petitioner v. United States.**

562 U.S. 1278, 131 S. Ct. 1621, 179 L. Ed. 2d 515, 2011 U.S. LEXIS 2057.

March 7, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 5 A.3d 22.

**No. 10-8851. Ricardo Jaimes, Petitioner v. United States.**

562 U.S. 1278, 131 S. Ct. 1621, 179 L. Ed. 2d 515, 2011 U.S. LEXIS 2042.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 405 Fed. Appx. 31.

**No. 10-8856. Ivanise Daniel, Petitioner v. United States.**

562 U.S. 1279, 131 S. Ct. 1621, 179 L. Ed. 2d 515, 2011 U.S. LEXIS 1937.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 399 Fed. Appx. 690.

**No. 10-8858. Sterling McKoy, Petitioner v. United States.**

562 U.S. 1279, 131 S. Ct. 1621, 179 L. Ed. 2d 515, 2011 U.S. LEXIS 1978.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-8861. German Aguilar Sevilla, Petitioner v. United States.**

562 U.S. 1279, 131 S. Ct. 1621, 179 L. Ed. 2d 515, 2011 U.S. LEXIS 2093.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 408 Fed. Appx. 784.

**No. 10-8865. Donnie R. Dumas, Petitioner v. United States Parole Commission.**

562 U.S. 1279, 131 S. Ct. 1621, 179 L. Ed. 2d 515, 2011 U.S. LEXIS 1943.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 397 Fed. Appx. 492.

**No. 10-8871. David Jeremy Latour, Petitioner v. United States.**

562 U.S. 1279, 131 S. Ct. 1622, 179 L. Ed. 2d 515, 2011 U.S. LEXIS 2096.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 400 Fed. Appx. 760.

**No. 10-8872. Eric Rannon Rowls, Petitioner v. United States.**

562 U.S. 1279, 131 S. Ct. 1622, 179 L. Ed. 2d 515, 2011 U.S. LEXIS 2009.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 402 Fed. Appx. 467.